IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CRAIG CALDWELL,

      Plaintiff,

v.                                                                    CASE NO. 5:02-cv-00091-MP

MICHAEL W. MOORE,

      Defendant.

_____/

### O R D E R

    This matter is before the Court on Doc. 23, Motion for Reconsideration, filed by Plaintiff

Craig Caldwell.  In his motion, Plaintiff Caldwell seeks reconsideration of the Court's Order

adopting the Report and Recommendation of the Magistrate Judge, and dismissing his complaint

under 42 U.S.C. § 1983 for failure to exhaust administrative remedies and failure to state a

claim.  The Magistrate recommended dismissing Plaintiff's complaint because it failed to allege

the requisite exhaustion, citing to Rivera v. Allin, 144 F.3d 719, 731 (11th Cir. 1998).   In Jones

v. Bock, 127 S.Ct. 910, 922 (2007), the Supreme Court overturned Rivera, and held that

exhaustion under the Prison Litigation Reform Act of 1995, 110 Stat. 1321-71, as amended, 42

U.S.C. § 1997e *et seq.*, is not a pleading requirement that a prisoner must satisfy in his

complaint, but rather is an affirmative defense that a defendant must plead and prove.  Relying

on this recent case, Plaintiff states that he was given an unwarranted strike, and seeks relief from

the order adopting the Magistrate's Report.  Because of the intervening case law cited by

Plaintiff, the Court finds that a response from the Defendant is necessary to evaluate Plaintiff's

motion.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Defendant is directed to file a response to Plaintiff Caldwell's Motion for Reconsideration, Doc. 23.

**DONE AND ORDERED** this   *14th* day of August, 2007

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge